[No. 6234-1. Division One. May 21, 1979.]

THE STATE OF WASHINGTON, *Respondent,* v. GINO LENARDO BOREYKO, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 82430, Erle W. Horswill, J., entered December

16, 1977. *Dismissed* by unpublished opinion per Ringold, J., concurred in by Farris and James, JJ.